AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
2/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI  DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
2/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: Valeria Munoz DEPUTY

United States of America

v.

LUCIAN ANDREI BEJINARU,

Defendant(s)

Case No. 2:25-mj-00871-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

As described in the accompanying attachment, defendant violated the following statutes:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1344, 1349, 1028A | Conspiracy to Commit Bank Fraud, Aggravated Identity Theft |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ *Rene Persaud*
Complainant's signature

Rene Persaud, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 2/20/25

Judge's signature

City and state: Los Angeles, California

Hon. Charles Eick, U.S. Magistrate Judge
Printed name and title

AUSA Andrew Brown, 11th Floor, x0102

**Complaint Attachment**

<u>Count One, 18 U.S.C. § 1349</u>

Beginning in or before 2022, and continuing through at least March, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant LUCIAN ANDREI BEJINARU ("Defendant"), and others, conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant's co-conspirators would secretly install skimming devices in ATMs to record the account information of customers, and would then counterfeit debit cards bearing that information. Defendant would determine how much money was available for withdrawal on the skimmed Electronic Benefit Transfer cards, and provide that information to his co-conspirators so that they could use counterfeit cards to withdraw the maximum funds in the names of victims of identity theft. Federally-insured financial institutions defrauded as a result of this conspiracy include Bank of America.

<u>Count Two, 18 U.S.C. § 1028A</u>

Beginning in or before 2022, and continuing through at least March, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant LUCIAN ANDREI BEJINARU knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

**AFFIDAVIT**

I, Rene Persaud being duly sworn, declare and state as follows:

I. **INTRODUCTION**

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since September 2018. Prior to becoming a SA, I worked for the FBI's Special Surveillance Group for approximately four years. Prior to joining the FBI, I was a Deputy Sheriff for the Hillsborough County (Florida) Sheriff's Office for approximately three years.

2. I have participated in various aspects of criminal enterprise investigations, including but not limited to, conducting surveillance and arrests, issuing subpoenas, seizing and impounding drug evidence, social media analysis, and the analysis of telephone tolls and other data. Additionally, I have interviewed and/or debriefed confidential informants and other witnesses who have had knowledge regarding the investigations in which I have been involved. I have also authored, sworn out, and executed multiple search warrants for various entities, including but not limited to, internet service providers, social media companies, GPS tracking units, and physical residences/businesses.

3. I also have extensive experience investigating Romanian Organized Criminal Groups. I have conducted investigations in the Los Angeles area related to the ATM skimming activity and money laundering, and I have also traveled to Romania on multiple occasions to work with National Police forces in several cities in order to obtain information, coordinate investigations, and identify criminals who travel from Europe to the United States to defraud the American banking system.

## II. PURPOSE OF AFFIDAVIT: COMPLAINT

4. This affidavit is made in support of a criminal complaint for LUCIAN ANDREI BEJINARU for conspiracy to commit bank fraud, and aggravated identity theft, in violation of Title 18, United States Code, Sections 1344, 1349, and 1028A. BEJINARU is currently in federal custody serving a sentence from an earlier ATM skimming case.

5. The information set forth in this affidavit is based upon my participation in the investigation, encompassing my personal knowledge, observations and experience, as well as information obtained through my review of evidence, investigative reports, and information provided by others, including other law enforcement partners. As this affidavit is being submitted for the limited purpose of securing the requested warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrants.

## III. STATEMENT OF PROBABLE CAUSE

**A. Summary of Investigation**

6. The FBI Los Angeles Field Office has investigated a transnational ATM skimming group that illegally acquired and compromised Electronic Benefit Transfer (EBT) cards issued by the state of California. After determining how much cash was left on each EBT cards, they were cloned to counterfeit cards, and then used to conduct unauthorized cash withdrawals from federally insured financial institutions.

7. On March 11, 2024, the Honorable Magistrate Judge Pedro V. Castillo issued federal search warrants for the person, vehicle, and residence associated with LUCIAN BEJINARU. During this search

warrant, BEJINARU was arrested for an active federal arrest warrant from the Eastern District of Virginia for Conspiracy to Commit Bank Fraud (18 USC 1349) related to ATM skimming activity. BEJINARU acknowledged he spoke English, was read his Miranda Rights, and consented to be interviewed. During this interview, BEJINARU confessed to his involvement in the criminal conspiracy.

**B. Regulatory Background of CalFresh and CalWORKs Programs**

8.  The California Department of Social Services (DSS) is a government agency that administers several benefit and assistance programs for residents of the state of California.  One of the assistance programs administered by DSS is called CalFresh (formerly known as food stamps), which helps low-income households purchase food and household items to meet their nutritional needs.  Another assistance program administered by DSS is called CalWORKs, which helps low-income families with children pay for housing, food, and other necessary expenses.

9.  Residents of California that meet the criteria established by the CalFresh or CalWORKs programs can apply online for benefits at www.getcalfresh.org and www.benefitscal.com.  Beneficiaries apply for benefits by submitting their income and number of dependents to determine their benefit eligibility.

10.  CalFresh and CalWORKs benefits are issued through Electronic Benefit Transfer cards ("EBT cards").  EBT cards are mailed to an address designated by the account holder and function like traditional debit cards to conduct transactions.  For example, you can use an EBT card to make a purchase at a grocery or convenient store by swiping the card at a point-of-sale terminal.

11.     The EBT cards issued under CalFresh and CalWORKs are assigned specific Bank Identification Numbers ("BIN").  A BIN refers to the first five digits of the account number on a debit or credit card and can be used to identify the issuer of the card, like DSS, which administers the CalFresh and CalWORKs programs.

12.     Benefits received through the program are typically disbursed to EBT cardholders by DSS during the early days of each month.  Those benefits are deposited directly from DSS into the account of the EBT cardholder.

13.     The EBT cardholders can then conduct cash withdrawals at automated teller machines ("ATMs") using a personal identification number ("PIN") established by the card holder.  The EBT cardholder presents the card at an ATM, inserts the card into the ATM card reader, and utilizes a PIN to withdraw the funds previously deposited by DSS intended for beneficiaries of the CalFresh or CalWORKs programs.

### C.     Background on ATM Skimming and Access Device Fraud

14.     Based on my training and experience in investigating fraudulent schemes of this nature, I know the following about Access Device Fraud: ATM skimming devices are manually installed at walk-up or drive-thru ATM terminals. The card readers are surreptitiously inserted into the ATM card reader slots, and are often thin enough to go unnoticed to a lay person using an ATM. In addition to the card reader, another device is installed to obtain the PIN number. This device is often a covert camera that captures customers entering their PIN number.

15.     An ATM skimming device is installed for a period of time after which the subjects who installed the device will return to the

4

ATM and remove it. Once the device is removed, the customer credit card numbers and PIN numbers are retrieved from the device. The card numbers are then loaded on to blank cards so the perpetrators can travel to ATMs and fraudulently withdraw funds from victim customer accounts.

16. In addition to ATM skimmers, there are also devices known as Point-of-Sale skimmers. These devices are built to mimic the Point-of-Sale terminals at commercial businesses such as pharmacies, grocery stores, gas stations, and department stores. Because of the near identical design, these devices are installed by simply snapping them on top of legitimate Point-of-Sale terminals in order to steal customer data when they complete their purchases at the above listed establishments. The data from these Point-of-Sale skimmers can be retrieved by recovering the device and downloading the data, or by downloading via Bluetooth when in close proximity to the device.

17. Based on my training and experience, I believe that members of the conspiracy I am investigating used the skimming techniques described above to capture the EBT card data of unsuspecting consumers.

### D. BEJINARU Deposited Cash into Another's Bank Account

18. Bank records show that a Bank of America account held in the name "Elizabeth Montoya Hernandez" had over $300,000 moved into and out of the account between 2022-2023. For clarity, I will refer to this Bank of America account as "Hernandez's Account."

19. It is common practice for fraudsters to utilize a "pass through" account to deposit funds into a US based bank account, then move those funds to international businesses to shield the fact the funds were acquired through fraud.

5

20. I obtained Bank of America ATM surveillance video of the cash deposits into "Hernandez's Account" and discovered that three individuals were responsible for $198,710 of these deposits: two women and a bald white male. I reviewed dozens of photos of the bald white male and compared them to photos of BEJINARU obtained from the Department of Homeland Security. Based on this comparison, I was able to confirm that the BEJINARU was the white bald white male in the ATM surveillance video that made $183,110 in cash deposits into the account.

21. I also learned that BEJINARU had an active Federal Arrest Warrant from the Eastern District of Virginia for Conspiracy to Commit Bank Fraud tied to an ATM skimming investigation conducted by the FBI Norfolk Field Office. BEJINARU later pled guilty to conspiracy to commit bank fraud and was sentenced to 22 months in prison by Judge Wu, after the Eastern District of Virginia case was transferred to our district pursuant to Rule 20. In addition, an Interpol Diffusion Notice was entered in March 2023 for BEJINARU's arrest. The Interpol notice states that BEJINARU was convicted of two counts of rape tied to an incident where BEJINARU and unnamed associates sexually assaulted two victims in Romania. BEJINARU was sentenced to eight years in prison for the offense in absentia.

### E.    BEJINARU's Residence Located and Search Warrant Executed

22. On more than one occasion, BEJINARU was seen in ATM video driving a white BMW X5 while making the cash deposits discussed above. Using License Plate Reader cameras, I learned that this vehicle was parked in the driveway of BEJINARU's residence on at least eight separate occasions since March 2023. (In my training and

6

experience, License Plate Reader cameras are employed infrequently, so it is likely that the BMW X5 was actually parked at the BEJINARU's residence routinely to have generated eight hits at one location in about a year.)

23. On March 1, 2024, FBI SA William Nguyen conducted surveillance at the BEJINARU's residence and observed the BMW X5 parked in the driveway in the morning and in the afternoon. On March 7, 2024, I conducted surveillance at the BEJINARU's residence and observed the BMW X5 parked in the driveway. While on surveillance, I observed BEJINARU, UW1, and UW2 exit the BEJINARU's residence.

24. On March 11, 2024, the Honorable Magistrate Judge Pedro V. Castillo issued federal search warrants for BEJINARU's person, BMW X5, and residence. Later that same month, I led a team of FBI Agents and Task Force officers to execute this warrant. BEJINARU was located inside the residence during this search warrant and was arrested for his outstanding federal charges in the Eastern District of Virginia.

25. Amongst the items seized during the search warrant were multiple cellular phones, thumb drives, and laptops that contained many thousands of stolen EBT card numbers.

  **F.**  **BEJINARU Confessed Post-Miranda and Digital Devices Corroborated Statements**

**Interview**

26. Once FBI Agents and Task Force Officers finished their tactical clear of BEJINARU's residence, SA Mark Newhouse and I placed our tactical gear in our vehicles, then brought BEJINARU into his bedroom to be interviewed. Before starting the interview, BEJINARU's handcuffs were removed and he was allowed to sit on the bed to be comfortable. Before, during, and after the interview, BEJINARU was

allowed access to the restroom and allowed to drink water when requested. After the interview BEJINARU was allowed to spend time with his family in the living room of his residence.

27. BEJINARU initially identified himself using his alias "Vasile Fane" (and he possessed a Washington Driver's License in this name). Once I confronted him with his true identity, he admitted his name was LUCIAN BEJINARU. At this time, I read BEJINARU his Miranda Rights via an Advice of Rights Form. BEJINARU acknowledged that he understood his rights, agreed to be interviewed by myself and SA Newhouse, and acknowledged that he spoke English well enough to conduct the interview without a translator present. BEJINARU admitted he was involved in ATM skimming. He stated that his role in the scheme was to conduct balance inquiries on the skimmed Electronic Benefit Transfer cards. In my training and experience, Bank of America issued California's EBT cards through February of 2024, and is insured by the FDIC. These cards were documented and saved on BEJINARU's computer.

**Electronic Device Analysis**

28. I conducted an analysis of the files on BEJINARU's electronic devices. I was able to locate many thousands of stolen EBT card numbers on his devices.

///

IV. **CONCLUSION**

29. Based upon the foregoing facts and my training and experience, I believe there is probable cause to believe that the BEJINARU conspired to commit bank fraud and committed aggravated identity theft.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __20th__ day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

9